E-FILED
Thursday, 31 January, 2008   03:07:12 PM
Clerk, U.S. District Court, ILCD

ОАО91 (Rev. 12/03)   Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
JAMELLE CARRAWAY and LISA OWENS

**CRIMINAL COMPLAINT**

FILED
JAN 3 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Case Number: 08-M-7207

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 29, 2008__ in __Macon__ County, in the __Central__ District of __Illinois__ defendant(s) did,

(Track Statutory Language of Offense)
knowingly possess with the intent to distribute 50 grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(B)(iii)__.

I further state that I am a(n) __Detective, Decatur Police Department__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Chad Ramey
Printed Name of Complainant

Sworn to before me and signed in my presence,

1/31/2008                                            at    Urbana,    Illinois
Date                                                        City           State

David G. Bernthal          U.S. Magistrate Judge           s/David G. Bernthal
Name of Judge              Title of Judge                  Signature of Judge

AFFIDAVIT

I, Detective Chad Ramey, being first duly sworn, hereby state:

1. I am a Detective with the Decatur Police Department and have been a Police Officer for a period of 13 years and for the past 9 years I have been assigned to the Street Crimes Unit. During this time I have conducted and or participated in numerous narcotic investigations in the Decatur, Macon County, Illinois area as well as conducted and participated in numerous investigations jointly with members of local law enforcement in the Central District of Illinois. These investigations involved the detection and investigation of drug trafficking violations, including distribution and manufacture of controlled substances, conspiracy to distribute and manufacture controlled substances and the use of communication facilities such as telephones, digital pagers, and other like facilities commonly used to facilitate drug trafficking violations.

2. This affidavit is made in support of criminal complaints and arrest warrants charging Jamelle Carraway and Lisa Owens with possession of 50 or more grams of cocaine base ("crack") with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

3. I am familiar with the following facts through my own observation and investigation and through information officially supplied to me by other law enforcement agents.

-1-

4. Over the past 3 months, the Decatur Police Department was conducting an investigation of cocaine sales by Jamelle W. Carraway.

5. During the course of the investigation, several addresses in Decatur, Illinois, were identified as being related to Carraway and his sales of cocaine, including:

- 3275 Beth Blvd, apartment #11 (rented by Lisa Owens);

- 451 E. Grand (rented by a Natahsa Young);

- 2650 S. Franklin (rented by Lisa Owens).

6. Through surveillance conducted during the investigation, Carraway was observed operating several cars, including a tan Chrysler Concord, registered to Lisa Owens.

7. On January 28, 2008, surveillance located Carraway near 451 E. Grand driving the tan Chrysler Concord. At approximately 5:30 p.m., Carraway drove to the Decatur Bus Transit building, where Lisa Owens was employed, and picked her up from work.

8. Carraway and Owens then traveled to 2650 S. Franklin. They both entered the rear door of the house.

9. Within a few minutes, I drove the Emergency Response Team (ERT) to the same house on South Franklin. The ERT positioned themselves, announced their presence, and entered through the same rear door. Upon entry, Carraway and Owens were both found within the house.

10. During a search of Carraway, a plastic bag containing approx four grams of crack cocaine was found in his coat pocket. This crack cocaine field tested positive. A key for the front door of 2650 S. Franklin was also found on Carraway.

11. On the kitchen counter, in plain view, a brown plastic bag containing two clear plastic bags was found. These plastic bags contained a total of approximately 36 grams of crack cocaine which field tested positive.

12. In a kitchen cabinet, a black plastic bag that contained five additional plastic bags was found. These five plastic bags contained a total of approximately 154 grams of crack cocaine. This crack cocaine field tested positive.

13. Inside a nearby kitchen drawer, a functional digital scale was found.

14. The west bedroom of the house was searched. The furniture in the west bedroom was comprised of only a bed and a dresser. There was a large amount of mens clothing in the dresser drawers and the closet. During the search, inside a bedroom dresser drawer, $9116.00 was found. Inside the same bedroom was a large safe which contained a .45 caliber semi-automatic handgun.

15. Jamelle Carraway is currently on parole for possession of 15 to 100 grams of cocaine from Cook County. Carraway also has a conviction for possession of a controlled substance and a conviction for aggravated unlawful use of a weapon(firearm).

16. Lisa Owens does not possess a valid FOID card.

17. Both Carraway and Owens were arrested at the house.

18. After being advised of his *Miranda* rights and waiving those rights, Carraway stated that Owens is his girlfriend. He stated the house (2650 South Franklin) was rented by Owens and that he did not live there.

19. When asked about the crack cocaine that was seized, he replied that the crack cocaine in his pocket belonged to him, but that he knew nothing at all about the rest of the crack cocaine.

20. Owens was also advised of her *Miranda* rights and waived those rights. She stated she was living at this address, however she knew nothing about any of the crack cocaine, nor the money in the bedroom drawer. She said that Jamelle has a key to the residence and that he has some clothing at the residence.

21. The total amount of crack cocaine seized was approximately 194 grams.

22. Based upon my training and experience, four grams, and certainly 194 grams, is an amount of crack cocaine consistent with distribution and not for personal use.

FURTHER AFFIANT SAYETH NOT.

X_____
CHAD E RAMEY, Detective
Decatur, Illinois Police Department

Subscribed and sworn to before me this 31st day of January, 2008.

s/David G. Bernthal
_____
DAVID G. BERNTHAL, Magistrate Judge
United States District Court

-5-