E-FILED
Thursday, 21 February, 2008  11:46:48 AM
Clerk, U.S. District Court, ILCD

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

SEALED

UNITED STATES OF AMERICA
V.
LISA OWENS

**WARRANT FOR ARREST**

Case Number: 08-MJ-7207-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        LISA OWENS
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

possession of 50 or more grams or more of cocaine base ("crack"), with the intent to distribute it,

**FILED**

FEB 21 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 841(b)(1)(B)(iii)

| David G. Bernthal | s/David G. Bernthal |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 1/31/2008    Urbana, Illinois |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Decatur

| DATE RECEIVED 02/01/08 | NAME AND TITLE OF ARRESTING OFFICER Chad Ramey, DET | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/04/08 | | |